UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEVARIEN ZY'MELL DUNLAP,

Plaintiff,

v.

U.S. DEPARTMENT OF STATE,

Defendant.

Case No. 25-cv-09802-HSG

**ORDER DISMISSING CASE**

Re: Dkt. No. 4

Pro se plaintiff Jevarien Zy'mell Dunlap filed this action against the United States Department of State. *See* Dkt. No. 1 ("Compl.") at 1. Plaintiff alleged that after submitting an application for a passport, Defendant sought more information so that it could duly process his application, and had not granted him a passport by the time he filed his complaint. *See id.* Plaintiff asserted that Defendant's failure to process his passport violated his constitutional right to international travel. *Id.*

Concurrent with his complaint, Plaintiff filed an application to proceed *in forma pauperis*. The Court therefore screened Plaintiff's complaint under 28 U.S.C § 1915(e)(2). *See* Dkt. No. 4. As the Court explained in that order, Plaintiff's "claim 'lacks a cognizable legal theory or sufficient facts to support a cognizable legal theory.'" *Id.* at 3 (quoting *Mendiondo v. Centinela Hosp. Med. Ctr.*, 521 F.3d 1097, 1104 (9th Cir. 2008)). On January 29, 2026, the Court dismissed the case with leave to amend and instructed Plaintiff to file an amended complaint by March 2, 2026, or else pay the filing fees. *See* Dkt. No. 4. Plaintiff did not file an amended complaint by March 2, 2026, and has not filed one to date. Mail sent to Plaintiff, including the Court's January 29 order, has been returned as undeliverable. *See* Dkt. Nos. 6, 7. It is therefore unclear if Plaintiff ever received the order directing him to file an amended complaint. Nevertheless, Plaintiff has an

obligation to maintain his address on file with the Court.  *See* L.R. 3-11.  He  has not done so, and this alone is a basis to dismiss the complaint.  *See* Civil L.R. 3-11(b).  Accordingly, for this reason and for the reasons stated in its January 29 order, the Court **DISMISSES** this case without prejudice.  The Clerk is directed to enter judgment in favor of Defendant and against Plaintiff, and to close the case.

**IT IS SO ORDERED.**

Dated: June 18, 2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2